IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KEVIN STERNECKERT | § | CASE NO. 5:20-CV-00312 DAE |
| | § | |
| v. | § | |
| | § | |
| SN SERVICING CORPORATION | § | |

### ORDER

On this day came on for consideration the Motion to Dismiss with prejudice filed by Plaintiff, KEVIN STERNECKERT. The court finds that the motion should be in all things GRANTED.

**IT IS HEREBY ORDERED** that all claims asserted by Plaintiff, KEVIN STERNECKERT, against SN SERVICING CORPORATION, Defendant in the above-captioned matter are dismissed with prejudice, with each party to pay its own costs of court. Plaintiff shall take nothing from Defendant by way of this case. This case is now CLOSED as this order disposes of all claims and all parties.

DATE: Crtkrl39."4242

_____
David Alan Ezra
Senior United States District Judge